

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-63,583-32

### IN RE RONNIE TURNER, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 941085 IN THE CRIMINAL DISTRICT COURT NO. 3 FROM TARRANT COUNTY

*Per curiam*.

**O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction.

He contends that he filed an application for a writ of habeas corpus in Tarrant County and his application has not been properly forwarded to this Court. The Court's receipt of the writ application in question renders this issue moot.

Relator also contends that he contacted the District Clerk of Tarrant County to determine how much it will cost to purchase copies of documents from his case. He alleges that the clerk has not responded and has not advised him of the cost to purchase the requested documents.

In these circumstances, additional facts are needed. *In re Bonilla*, 424 S.W.3d 528 (Tex.

Crim. App. 2014). Respondent, the District Clerk of Tarrant County, is ordered to file a response stating whether or not Relator has requested a cost estimate to obtain copies of Exhibits C and F and if so, whether he has been advised of the cost of purchasing the documents. If Relator made a request and the Respondent has not responded, the response to this order shall set forth the respondent's legal rationale for not responding. This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed:   MAY 12, 2021
Do not publish